JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMIA BERNARDEZ,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CARSON 175, LLC,<br><br>　　　　Defendant. | Case No. CV 23-9638 FMO (MRWx)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 7th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge